

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2014

No. 04-14-00516-CV

**IN THE INTEREST OF J.O. AND A.O., CHILDREN,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02019
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

The reporter's record was due August 1, 2014, but was not filed. The court reporter is reminded that, by statute, this appeal is accelerated, and is to take precedence over other matters. TEX. FAM. CODE ANN. § 109.002(a) (West Supp. 2013). Moreover, pursuant to Rule 28.4(b), the trial court is required to direct the responsible reporter to immediately commence the preparation of the record once an appeal is filed, and if necessary, arrange for a substitute reporter to allow the responsible reporter to complete the record relating to the termination. TEX. R. APP. P. 28.4(b)(1).

We **ORDER** David R. Zarate, the court reporter, to file the reporter's record on or before **August 18, 2014**. The reporter is reminded that strict deadlines exist with regard to disposal of appeals dealing with termination of parental rights. With regard to the appellate record, appellate courts may not grant more than 30 days *cumulatively* with regard to extensions of time for the reporter's record in a termination appeal. TEX. R. APP. P. 28.4(b)(2).

We further order the clerk of this court to serve a copy of this order on all counsel, the court reporter, and the trial court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court